UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DEQUINDERICK DEVON JONES and
JOSEPH TOMAS MEDINA,
also known as "Ghost,"

Defendants.
_______________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
(Felon in Possession of a Firearm)

On or about August 26, 2026, in Ingham County, in the Southern Division of the Western District of Michigan,

DEQUINDERICK DEVON JONES,

knowing that he had previously been convicted of one or more offenses punishable by a term of imprisonment exceeding one year, knowingly possessed a Springfield Armory XDS 9mm semiautomatic pistol that was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

**COUNT 2**
(Felon in Possession of Firearms)

On or about August 26, 2026, in Ingham County, in the Southern Division of the Western District of Michigan,

JOSEPH TOMAS MEDINA, also known as "Ghost,"

knowing that he had previously been convicted of one or more offenses punishable by a term of imprisonment exceeding one year, knowingly possessed one or both of the following firearms, which were in and affecting commerce:

1. a Springfield Armory XDS 9mm semiautomatic pistol, and
2. a Glock Model 21 .45 caliber semiautomatic pistol.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

**FORFEITURE ALLEGATION**
(Felon in Possession of a Firearm)

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the violation of 18 U.S.C. § 922(g) set forth in this Indictment, the defendant,

DEQUINDERICK DEVON JONES,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense, including, but not limited to, the following: a Springfield Armory XDS 9mm semiautomatic pistol, and the ammunition with which it was loaded.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

**FORFEITURE ALLEGATION**
(Felon in Possession of Firearms)

The allegations contained in Count Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the violation of 18 U.S.C. § 922(g) set forth in this Indictment, the defendant,

JOSEPH TOMAS MEDINA, also known as "Ghost,"

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense, including, but not limited to, the following: a Springfield Armory XDS 9mm semiautomatic pistol, a Glock Model 21 .45 caliber semiautomatic pistol, and the ammunition with which each was loaded.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

ALEXIS M. SANFORD
Assistant United States Attorney